1  Lawrance A. Bohm (SBN 208716)
2  Victoria L. Baiza (SBN 282715)
   **BOHM LAW GROUP**
3  4600 Northgate Boulevard, Suite 210
   Sacramento, California 95834
4  Telephone:   (916) 927-5574
   Facsimile:   (916) 927-2046
5  Email: lbohm@bohmlaw.com
6          victoria@bohmlaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA VALERIO, | Case No: 2:14-CV-00741-JAM-KJN |
| Plaintiff, | |
| v. | **ORDER RE PETITION TO BE RELIEVED AS PLAINTIFF'S COUNSEL** |
| COMPASS BANK; and DOES 1through 50, inclusive, | |
| Defendants. | |

The Petition to Withdraw as Counsel ("Petition") by counsel for Plaintiff, Gloria Valerio ("Plaintiff"), came on regularly for hearing before this Court in Courtroom 6, 14th Floor, on September 2, 2015, Honorable John A. Mendez, presiding.  Plaintiff, and counsel for both parties appeared for oral argument.

Upon the Court's reading of the pleadings, the documents on file, and oral argument, Hon. Mendez concluded there are sufficient grounds to grant the Petition.

# **ORDER**

Having reviewed the pleadings, the documents on file, oral argument, and receipt of proof from Plaintiff's Counsel that proper notice was given to Plaintiff via letterform and email of Hon. Mendez's ruling on September 2, 2015, and therefore good cause appearing, IT IS HEREBY ORDERED:

1. The Petition to Withdraw as Counsel filed by Bohm Law Group, Lawrance A. Bohm and Victoria L. Baiza, is GRANTED.
2. A Stay will be in place for the next thirty (30) days to allow Plaintiff to seek new counsel.
3. Beginning October 1, 2015, if Plaintiff's new attorney does not enter the case for representation, the matter will be referred to Magistrate Judge Kendall J. Newman as a *pro se* action.
4. Should this case proceed to trial, Hon. Mendez shall preside over trial.

**IT IS SO ORDERED**.

Dated: 9/9/2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge

2

[PROPOSED] ORDER RE PETITION TO BE RELIVED AS PLAINTIFF'S COUNSEL
*Valerio v. Compass Bank*                                        Lawrance A. Bohm, Esq.
Case No.: 2:14-CV-00741-JAM-KJN                       Victoria L. Baiza, Esq.