GAVRILOV & BROOKS
J. EDWARD BROOKS (SBN 247767)
CECILIA L. MARTIN (SBN 301027)
2315 Capitol Avenue
Sacramento, California 95816
Telephone:  (916) 504-0529
Facsimile:  (916) 473-5870
Email: ebrooks@gavrilovelaw.com
       cmartin@gavrilovlaw.com

Attorneys for Plaintiff
GLORIA VALERIO


JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
DOUGLAS M. EGBERT (SBN 265062)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
Email: burnettec@jacksonlewis.com
       egbertd@jacksonlewis.com

Attorneys for Defendant
COMPASS BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA VALERIO,<br><br>  Plaintiff,<br>v.<br>COMPASS BANK; and DOES 1-50, inclusive,<br><br>  Defendants. | Case 2:14-CV-00741-JAM-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND TRIAL-RELATED DATES**<br><br>Complaint Filed:   01/31/14<br>Trial Date:        08/29/16 |

/ / /

/ / /

/ / /

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND TRIAL-RELATED DATES

1    GLORIA VALERIO ("Plaintiff") and COMPASS BANK ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court granted Plaintiff's prior counsel's petition to withdraw as counsel on or about September 9, 2015 (Doc # 27, 29);

WHEREAS, the Court ordered the matter stayed until October 1, 2015 to give Plaintiff the opportunity to obtain new counsel (Doc # 27, 29);

WHEREAS, the Court continued the stay until October 31, 2015 in response to Plaintiff's request for an extension of the stay (Doc # 30, 31);

WHEREAS, the Court continued all dates and deadlines in the case by 60 days given the continued stay (Doc # 34);

WHEREAS, the stay was lifted on October 31, 2015 (Doc # 37);

WHEREAS, Plaintiff obtained new counsel on or about December 3, 2015, which new counsel were substituted in as counsel of record with the Court on or about December 7, 2015 (Doc. # 38, 39, 40);

WHEREAS, Plaintiff's new counsel requires time to become familiar with the voluminous case file for this matter;

WHEREAS, the Parties are meeting and conferring regarding the completion of Plaintiff's deposition;

WHEREAS, the Parties are meeting and conferring regarding the independent medical examination ("IME") of Plaintiff;

WHEREAS, the doctor performing the IME does not have availability until March 2, 2016;

WHEREAS, the Parties anticipate further discovery in this case, both written discovery and depositions;

/ / /
/ / /
/ / /
/ / /

1   WHEREAS, the current dates and deadlines in this matter are as follows:

2   • Expert Disclosure:            January 19, 2016
3   • Rebuttal Expert Disclosure:   February 19, 2016
4   • Discovery Cutoff:             April 29, 2016
5   • Dispositive Motion Filing Deadline:   June 20, 2016
6   • Noticed Hearing on Dispositive Motions:   July 18, 2016 at 9:30am
7   • Joint Pretrial Statement:     September 6, 2016
8   • Final Pretrial Conference:    September 13, 2016 at 10:00am
9   • Jury Trial:                   October 28, 2016 at 9:00am

10   WHEREAS, the Parties will be irreparably harmed and prejudiced without a continuance
11  of the above dates because additional time is needed to complete discovery, including Plaintiff's
12  deposition and IME, and to file motions for summary judgment and/or adjudication, if needed;

13   WHEREAS, the Parties agree and stipulate that the relief requested by this stipulation
14  should cause fair, efficient and just administration of the instant matter;

15   WHEREAS, the Parties agree and stipulate that no parties will be prejudiced by the
16  requested continuance;

17   WHEREAS, the Parties agree and stipulate that this stipulation may be executed in
18  counterparts, and that a facsimile copy of this stipulation shall be deemed effective for all
19  purposes hereto;

20   **IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO,**
21  **THROUGH THEIR RESPECTIVE COUNSEL, THAT ALL DATES SHOULD BE**
22  **CONTINUED SIX MONTHS.  THE PARTIES PROPOSE THE FOLLOWING DATES**
23  **FOR THE COURT'S CONSIDERATION:**

24   • Expert Disclosure:            July 18, 2016
25   • Rebuttal Expert Disclosure:   August 18, 2016
26   • Discovery Cutoff:             October 28, 2016
27   • Dispositive Motion Filing Deadline:   December 19, 2017
28   • Noticed Hearing on Dispositive Motions:   January 16, 2017 at 9:30am

- Joint Pretrial Statement: March 7, 2017
- Final Pretrial Conference: March 14, 2017 at 10:00am
- Jury Trial: April 28, 2017 at 9:00am

GAVRILOV & BROOKS

Dated: December ___, 2015

By_____
J. Edward Brooks
Cecilia L. Martin

Attorneys for Plaintiff
GLORIA VALERIO

JACKSON LEWIS P.C.

Dated: December ___, 2015

By_____
Carolyn G. Burnette
Douglas M. Egbert

Attorneys for Defendant
COMPASS BANK

## **ORDER (AS MODIFIED BY THE COURT)**

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS:**

All current dates and deadlines are vacated and continued, as follows:

1. Expert Disclosure: July 18, 2016
2. Rebuttal Expert Disclosure: August 18, 2016
3. Discovery Cutoff: October 28, 2016
4. Dispositive Motion Filing Deadline: December 27, 2016
5. Noticed Hearing on Dispositive Motions: January 24, 2017 at 1:30 P.M.
6. Joint Pretrial Statement: March 10, 2017
7. Final Pretrial Conference: March 17, 2017 at 10:00am
8. Jury Trial: April 24, 2017 at 9:00am

Dated: 12/16/2015           /s/ John A. Mendez
HON. JOHN A. MENDEZ
JUDGE OF THE DISTRICT COURT