GAVRILOV & BROOKS
J. EDWARD BROOKS (SBN 247767)
CECILIA L. MARTIN (SBN 301027)
2315 Capitol Avenue
Sacramento, California 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: ebrooks@gavrilovelaw.com
       cmartin@gavrilovlaw.com

Attorneys for Plaintiff
GLORIA VALERIO


JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
DOUGLAS M. EGBERT (SBN 265062)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: burnettec@jacksonlewis.com
       egbertd@jacksonlewis.com

Attorneys for Defendant
COMPASS BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA VALERIO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COMPASS BANK; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case 2:14-CV-00741-JAM-KJN<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO COMPLETE PLAINTIFF'S DEPOSITION**<br><br>Complaint Filed:　01/31/14<br>Trial Date:　　　04/24/17 |

///

///

1

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE PLAINTIFF'S DEPOSITION

## I. STIPULATION REGARDING PLAINTIFF'S DEPOSITION

GLORIA VALERIO ("Plaintiff") and COMPASS BANK ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties requested by stipulation that the Court Order Plaintiff to complete her deposition by April 1, 2016 ("Stipulation").

WHEREAS, this Court signed the Stipulation on February 4, 2016, Ordering that Plaintiff complete her deposition by April 1, 2016 ("Order").

WHEREAS, the Parties made a good faith effort to complete Plaintiff's deposition by the Ordered deadline (including by completing a substantial portion of the deposition testimony), but have determined that they cannot do so because of: (1) various scheduling conflicts (including with Plaintiff's school schedule); and (2) the substantial amount of evidentiary materials that need to be covered.

WHEREAS, the Parties wish to avoid a situation where they are not in compliance with the Order.

**THE PARTIES THEREFORE STIPULATE AND AGREE, THROUGH THEIR RESPECTIVE COUNSEL, THAT PLAINTIFF SHALL COMPLETE HER DEPOSITION IN ITS ENTIRETY BY APRIL 22, 2016. THE PARTIES FURTHER AGREE THAT THEY WILL MEET AND CONFER IN GOOD FAITH TO IDENTIFY ADDITIONAL TIMES/DATES THAT: (1) ARE ON OR BEFORE APRIL 22, 2016; (2) ARE MUTUALLY AGREEABLE; AND (3) TAKE INTO ACCOUNT PLAINTIFF'S SCHOOL SCHEDULE.**

Dated: March 30, 2016                           GAVRILOV & BROOKS

By: _/s/ Cecilia L. Martin (authorized on 3/30/16)_
J. Edward Brooks
Cecilia L. Martin

Attorneys for Plaintiff
GLORIA VALERIO

Dated: March 30, 2016

JACKSON LEWIS P.C.

By: */s/ Carolyn G. Burnette*
    Carolyn G. Burnette
    Douglas M. Egbert

Attorneys for Defendant
COMPASS BANK

# ORDER

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor,

**IT IS SO ORDERED:**

1. Plaintiff Gloria Valerio shall complete her deposition in this matter by April 22, 2016;
2. Any violation of the Parties' Stipulation and/or this Order shall subject the offending party to appropriate sanctions, as determined by the Court.

Dated:  3/31/2016                                            /s/ John A. Mendez_____
                                                                        HON. JOHN A. MENDEZ
                                                                        U. S. DISTRICT COURT JUDGE