JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
DOUGLAS M. EGBERT (SBN 265062)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
Email: burnettec@jacksonlewis.com
        egbertd@jacksonlewis.com

Attorneys for Defendant
COMPASS BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA VALERIO,<br><br>            Plaintiff,<br><br>    v.<br><br>COMPASS BANK; and DOES 1-50, inclusive,<br><br>            Defendants. | Case 2:14-CV-00741-JAM-KJN<br><br>**DEFENDANT COMPASS BANK'S REQUEST TO SEAL DOCUMENTS; ORDER**<br><br>**[Local Rule 141]**<br><br>Complaint Filed:  01/31/14<br>Trial Date:           04/24/17 |

      Compass Bank ("Defendant") hereby submits this Request to Seal Documents pursuant to Local Rule 141, and specifically requests that the Court order Document 52 in this Action ("Defendant Compass Bank's Expert Witness Disclosure [FRCP 26(a)(2)]) be sealed in its entirety.  Defendant's request is made on the grounds that Document 52 includes two references to Gloria Valerio's ("Plaintiff") date of birth, which references should have been redacted pursuant to Local Rule 140 prior to Defendant's filing of Document 52 (see Document 52, PDF page numbers 8 and 20).  Defendant requests that the document remain sealed throughout the life of the case and indefinitely beyond that, such that Plaintiff's date of birth not be made available to

/ / /

/ / /

the public through Document 52. Those authorized to access Document 52 shall be limited to the parties, the parties' counsel of record, and the Court.

Dated: July 20, 2016             JACKSON LEWIS P.C.

By: */s/ Douglas M. Egbert*
     CAROLYN G. BURNETTE
     DOUGLAS M. EGBERT

Attorneys for Defendant
COMPASS BANK

# ORDER

Having considered Compass Bank's ("Defendant") Request to Seal Documents, and good cause appearing therefor, pursuant to Local Rule 141(d), the Court hereby orders that Document 52 ("Defendant Compass Bank's Expert Witness Disclosure [FRCP 26(a)(2)]) be sealed in its entirety, and remain sealed throughout the life of the case, and indefinitely beyond to protect the date of birth of Gloria Valerio ("Plaintiff") from public disclosure.  Those authorized to access Document 52 shall be limited to the parties, the parties' counsel of record, and the Court.  This seal shall remain in place unless and until the Court orders Document 52 to be unsealed pursuant to Local Rule 141(f).  This Order shall be filed in the publicly available case file for this action.

**IT IS SO ORDERED:**

**DATED: 7/20/2016**

**/s/ John A. Mendez**
HON. JOHN A. MENDEZ
JUDGE OF THE U. S. DISTRICT COURT