GAVRILOV & BROOKS
J. EDWARD BROOKS (SBN 247767)
CECILIA L. MARTIN (SBN 301027)
2315 Capitol Avenue
Sacramento, California 95816
Telephone:  (916) 504-0529
Facsimile:   (916) 473-5870
Email: ebrooks@gavrilovelaw.com
       cmartin@gavrilovlaw.com

Attorneys for Plaintiff
GLORIA VALERIO


JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
DOUGLAS M. EGBERT (SBN 265062)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
Email: burnettec@jacksonlewis.com
       egbertd@jacksonlewis.com

Attorneys for Defendant
COMPASS BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA VALERIO,<br><br>    Plaintiff,<br>v.<br><br>COMPASS BANK; and DOES 1-50, inclusive,<br><br>    Defendants. | Case 2:14-CV-00741-JAM-KJN<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO COMPLETE DEPOSITIONS**<br><br>Complaint Filed:   01/31/14<br>Trial Date:            04/24/17 |

/ / /

/ / /

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE DEPOSITIONS

1  GLORIA VALERIO ("Plaintiff") and COMPASS BANK ("Defendant") (collectively,
2  "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:
3  WHEREAS, on July 18, 2016, Plaintiff served her Expert Witness Disclosure Statement,
4  which identified eight experts (one economist and seven treating physicians);
5  WHEREAS, the Parties are currently meeting and conferring on multiple depositions,
6  including expert depositions, that must be completed prior to trial;
7  WHEREAS, Defendant's ability to depose Plaintiff's experts was impacted by a trial
8  Plaintiff's counsel had in September 2016, and by a trial Defendant's counsel had in October
9  2016;
10 WHEREAS, the Court previously set the Discovery Cutoff in this matter for October 28,
11 2016 (Doc. 45);
12 WHEREAS, Plaintiff's economic expert and some of Plaintiff's treating physicians are
13 not available for deposition before October 28, 2016;
14 WHEREAS, one of Defendant's out-of-state witnesses is not available for deposition
15 before October 28, 2016;
16 WHEREAS, the Parties are working together to minimize costs and the disruption to non-
17 litigant deponents, particularly by seeking to avoid any motion compelling them to depositions;
18 WHEREAS, the Parties have worked together diligently to resolve these scheduling issues
19 and, despite these best efforts, have not been able to complete all depositions before the discovery
20 cutoff;
21 WHEREAS, the Parties agree that prejudice will occur to the other party should they be
22 unable to complete their respective depositions;
23 WHEREAS, the witnesses referenced above that Plaintiff still needs to depose are Diana
24 Smith, Matthew Farmer, and two third-party witnesses (Diana Demidzic, and Sue Veach; both of
25 whom are not under Defendant's control);
26 / / /
27 / / /
28 / / /

1    WHEREAS, the witnesses referenced above that Defendant still needs to depose are
2 Plaintiff's economic expert (Craig Enos, CPA), three of Plaintiff's treating physicians (Syed M.
3 Munir, M.D., Jose R. Sanchez, and M.D., Zachary Phillip Soucy, M.D.), and two third-party
4 witnesses (Diana Masten, R.N., and Florentino Martinez);

5    WHEREAS, all of Defendant's depositions are noticed for dates in October 2016, except
6 for Dr. Soucy, who is not available until November 2016;

7    WHEREAS, Defendant is concerned from past experience that the already-scheduled
8 treating physicians, expert, and witness nurses (despite being served with deposition subpoenas
9 and/or agreeing to the deposition dates) may adjust their schedules such that their depositions
10 cannot take place until November 2016 or that opposing counsel may have scheduling conflicts;

11    WHEREAS, the Parties wish to complete the foregoing depositions without being in
12 violation of the Court's Scheduling Order dated December 17, 2015 (Doc. 45);

13    **THE PARTIES THEREFORE STIPULATE AND AGREE, THROUGH THEIR**
14 **RESPECTIVE COUNSEL, THAT THE DEPOSITIONS OF MATTHEW FARMER,**
15 **DIANA DEMIDZIC, AND ZACKARY PHILLIP SOUCY, M.D. SHALL BE**
16 **COMPLETED NO LATER THAN DECEMBER 31, 2016.  THE PARTIES FURTHER**
17 **STIPULATE THAT THE DEPOSITION OF SUE VEACH SHALL BE COMPLETED BY**
18 **DECEMBER 31, 2016, ON THE CONDITION THAT SHE IS LAWFULLY SERVED**
19 **WITH PROPER NOTICE BEFORE DECEMBER 31, 2016.**

20    **SHOULD ANY DEPONENT REFERENCED IN THIS STIPULATION**
21 **REPRESENT THAT HE OR SHE IS NOT AVAILABLE ON THE DEPOSITION DATE**
22 **ALREADY NOTICED AND/OR AGREED UPON, THE PARTIES AGREE TO MEET**
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**AND CONFER IN GOOD FAITH AND TO FULLY COOPERATE TO RESCHEDULE ANY SUCH DEPOSITION SO THAT IT SHALL BE COMPLETED NO LATER THAN DECEMBER 31, 2016.**

Dated:  October 24, 2016                                    GAVRILOV & BROOKS

                                               By:  */s/ J. Edward Brooks (as authorized on 10/24/16)*
                                                     J. Edward Brooks
                                                     Cecilia L. Martin

                                                     Attorneys for Plaintiff
                                                     GLORIA VALERIO


Dated:  October 24, 2016                                    JACKSON LEWIS P.C.

                                               By:  */s/ Carolyn G. Burnette*
                                                     Carolyn G. Burnette
                                                     Douglas M. Egbert

                                                     Attorneys for Defendant
                                                     COMPASS BANK

# **ORDER**

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff shall complete the depositions of Matthew Farmer, Sue Veach, and Diana Demidzic by December 31, 2016;

2. Defendant shall complete the depositions of Zachary Soucy, M.D., by December 31, 2016;

3. The Parties shall meet and confer in good faith and fully cooperate to reschedule any deponent who claims he or she is not available to be deposed in October 2016 or any deposition rescheduled from October 2016 to a later date, and shall complete any such deposition by December 31, 2016.

Dated: 10/24/16                                                     /s/ John A. Mendez_____
                                                                            HON. JOHN A. MENDEZ
                                                                            JUDGE OF THE DISTRICT COURT