1   GAVRILOV & BROOKS
    J. EDWARD BROOKS (SBN 247767)
2   2315 Capitol Avenue
    Sacramento, California 95816
3   Telephone:  (916) 504-0529
    Facsimile:  (916) 473-5870
4   Email: ebrooks@gavrilovelaw.com

5   Attorneys for Plaintiff
    GLORIA VALERIO

6

7   JACKSON LEWIS P.C.
    CAROLYN G. BURNETTE (SBN 191294)
8   DOUGLAS M. EGBERT (SBN 265062)
    EVAN D. BEECHER (SBN 280364)
9   801 K Street, Suite 2300
    Sacramento, California 95814
10  Telephone:  (916) 341-0404
11  Facsimile:  (916) 341-0141
    Email: burnettec@jacksonlewis.com
12          egbertd@jacksonlewis.com

13  Attorneys for Defendant
14  COMPASS BANK

15              IN THE UNITED STATES DISTRICT COURT

16          FOR THE EASTERN DISTRICT OF CALIFORNIA

17                  SACRAMENTO DIVISION

18

19  GLORIA VALERIO,                  Case 2:14-CV-00741-JAM-KJN

20              Plaintiff,           **JOINT STIPULATION AND ORDER
                                     EXTENDING TIME TO COMPLETE
21      v.                           DEPOSITION OF DIANA MASTEN,
                                     R.N.**
22  COMPASS BANK; and DOES 1-50,
    inclusive,
23
                                     Complaint Filed:    01/31/14
24          Defendants.              Trial Date:         04/24/17

25

26

27  / / /

28  / / /

1

1    GLORIA VALERIO ("Plaintiff") and COMPASS BANK ("Defendant") (collectively,

2  "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

3    WHEREAS, the Parties are have met and conferred on all remaining depositions,

4  including expert depositions, that must be completed prior to trial;

5    WHEREAS, the Court previously extended the deadline to complete several depositions,

6  including the deposition of Diana Masten, R.N., to December 31, 2016 (Doc. 62);

7    WHEREAS, Ms. Masten, a third-party witness, has informed Defendant she will not be

8  available for her deposition until January or February, 2017;

9    WHEREAS, the Parties are working together to minimize costs and the disruption to

10  non-litigant deponents, particularly by seeking to avoid any motion compelling them to

11  depositions;

12    WHEREAS, the Parties agree Defendant has been diligent in its efforts to complete

13  Ms. Masten's deposition prior to December 31, 2016, but has been hindered by leaves of absence

14  and a vacation by Ms. Masten;

15    WHEREAS, the Parties agree that prejudice will occur to the other party should they be

16  unable to complete their respective depositions; and

17    WHEREAS, the Parties wish to complete the foregoing deposition without being in

18  violation of the Court's Order Extending Time to Complete Depositions (Doc. 62);

19    **THEREFORE, THE PARTIES STIPULATE AND AGREE, THROUGH THEIR**

20  **RESPECTIVE COUNSEL, THAT THE DEPOSITION OF DIANA MASTEN, R.N.**

21  **SHALL BE COMPLETED NO LATER THAN FEBRUARY 28, 2017.**

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE DEPOSITION OF DIANA MASTEN

1         **THE PARTIES AGREE TO MEET AND CONFER IN GOOD FAITH AND TO**

2   **FULLY COOPERATE SO DIANA MASTEN'S DEPOSITION WILL BE TIMELY**

3   **COMPLETED.**

4   Dated:  December 14, 2016              GAVRILOV & BROOKS

5                          By: */s/ J. Edward Brooks (as authorized on 12/13/16)*

6                             J. Edward Brooks

7

8                          Attorneys for Plaintiff
                           GLORIA VALERIO

9                          JACKSON LEWIS P.C.
  Dated:  December 14, 2016

10

11                       By:  */s/ Evan D. Beecher*
                         Carolyn G. Burnette

12                        Douglas M. Egbert
                       Evan D. Beecher

13

14                        Attorneys for Defendant
                       COMPASS BANK

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE DEPOSITION OF DIANA MASTEN

1

**ORDER**

2      Based upon the foregoing stipulation of the Parties, and good cause appearing therefor,

3  **IT IS HEREBY ORDERED AS FOLLOWS:**

4      1.  Defendant shall complete the deposition of Diana Masten, R.N. by February, 28, 2017;

5      2.  The Parties shall meet and confer in good faith and fully cooperate to complete Diana

6          Masten's deposition in a timely manner.

7

8  Dated:  12/14/16

9                                      /s/ John A. Mendez

10                                     HON. JOHN A. MENDEZ
                                       JUDGE OF THE U. S. DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4