| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JACKSON LEWIS P.C.<br>JAMES T. JONES (SBN 167967)<br>CAROLYN G. BURNETTE (SBN 191294)<br>DOUGLAS M. EGBERT (SBN 265062)<br>400 Capitol Mall, Suite 1600<br>Sacramento, California 95814<br>Telephone: (916) 341-0404<br>Facsimile: (916) 341-0141<br>Email: jonesj@jacksonlewis.com<br>       burnettec@jacksonlewis.com<br>       egbertd@jacksonlewis.com |
| 7<br>8 | Attorneys for Defendant<br>COMPASS BANK |

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA VALERIO,<br><br>          Plaintiff,<br><br>v.<br><br>COMPASS BANK; and DOES 1-50, inclusive,<br><br>          Defendants. | Case 2:14-CV-00741-JAM-KJN<br><br>[~~PROPOSED~~] *JAM* ORDER GRANTING DEFENDANT COMPASS BANK'S *EX PARTE* APPLICATION FOR LEAVE TO PERPETUATE THE TESTIMONY OF MATTHEW FARMER FOR TRIAL<br><br>Courtroom: 6, 14th Floor<br>Judge:     Hon. John A. Mendez |

Upon application of Defendant Compass Bank's ("Defendant") counsel, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

That Defendant's *Ex Parte* Application for Leave to Perpetuate the Testimony of Matthew Farmer for Trial is GRANTED. Defendant is permitted to take the trial deposition of Matthew Farmer and may use that deposition at trial. Plaintiff is permitted to cross-examine Matthew Farmer at the deposition and use that testimony at trial. The deposition of

///

///

///

1

Matthew Farmer shall occur at a time mutually agreeable to the parties, and in sufficient time to be presented at trial.

Dated: 4-17-2017

Hon. John A. Mendez