GAVRILOV & BROOKS
J. EDWARD BROOKS (SBN 247767)
OGNIAN GAVRILOV (SBN 301027)
2315 Capitol Avenue
Sacramento, California 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: ebrooks@gavrilovlaw.com

Attorneys for Plaintiff
GLORIA VALERIO


JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
CAROLYN G. BURNETTE (SBN 191294)
DOUGLAS M. EGBERT (SBN 265062)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: jonesj@jacksonlewis.com
       burnettec@jacksonlewis.com
       egbertd@jacksonlewis.com

Attorneys for Defendant
COMPASS BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA VALERIO, | Case 2:14-CV-00741-JAM-KJN |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| COMPASS BANK; and DOES 1-50, inclusive, | Complaint Filed: 01/31/14<br>Trial Date: 04/24/17 |
| Defendants. | |

///

///

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff GLORIA VALERIO and Defendant COMPASS BANK, by and through their respective attorneys, hereby stipulate the dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED AND AGREED:

GAVRILOV & BROOKS

Dated: April 20, 2017

By_____/s/ J. Edward Brooks (auth. as of 4/20/17)
J. Edward Brooks
Ognian Gavrilov

Attorneys for Plaintiff
GLORIA VALERIO

JACKSON LEWIS P.C.

Dated: April 20, 2017

By_____/s/ Douglas M. Egbert
James T. Jones
Carolyn G. Burnette
Douglas M. Egbert

Attorneys for Defendant
COMPASS BANK

## ORDER

Based upon the foregoing stipulation and otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dated: April 20, 2017

HON. JOHN A. MENDEZ
JUDGE OF THE DISTRICT COURT